Jack Shaw (Bar No. 309382)
Email: jack.shaw@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
1117 S. California Ave., Suite 200
Palo Alto, CA 94304
Telephone: 650.645.9019
Facsimile: 650.687.8326

Jacob K. Poorman (Bar No. 262261)
E-mail: jacob.poorman@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NEXT VIETNAM PROJECTS FOUNDATION, INC.; RADIX FOUNDATION A/K/A VIETNAM VETERANS FOR FACTUAL HISTORY; SAIGON BROADCASTING TELEVISION NETWORK, INC.; MY VAN INTERNATIONAL, INC.; NAM PHAM; CARINA OANH HOANG; DIEP PHAN; TRONG PHAN; SON NGUYEN; THANH PHUONG LE and MINH NGUYEN,<br><br>Plaintiffs,<br><br>v.<br><br>KOSTER FILMS, LLC; FREDERICK KOSTER, BT PRODUCTIONS, LLC and BRIAN TOOKER,<br><br>Defendants. | Case No. 8:22-cv-02130-JWH-DFM<br><br>**DECLARATION OF MINH NGUYEN IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT FREDERICK KOSTER'S COUNTERCLAIMS PURSUANT TO CCP § 425.16**<br><br>Date:                August 4, 2023<br>Time:                9:00 A.M.<br>Courtroom:        9D<br>District Judge:   Hon. John W. Holcomb<br>Mag. Judge:      Hon. Douglas F. McCormick<br><br>Complaint filed: Nov. 23, 2022 |
| FREDERICK KOSTER, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>NEXT VIETNAM PROJECTS FOUNDATION, INC., ET AL,<br><br>Counter-Defendants. | |

I, Minh Nguyen, declare as follows:

1.      Except as otherwise noted, I have personal knowledge of the facts stated herein and if called before this Court, I could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Motion to Strike Defendant Frederick Koster's Counter Claims pursuant to CCP § 425.16.

2.      On April 22, 2021, I sent Defendant Fred Koster a cease and desist email. A true and correct copy of my April 22, 2021 email is attached hereto as **Exhibit A**.

3.      On April 26, 2021, I sent BT Productions and Brian Tooker an email requesting that he relinquish the interviews and related footage at issue in this suit, and informing him that legal action would be pursued against him if he did not comply.  A true and correct copy of my April 26, 2021 email is incorporated and attached hereto as **Exhibit B**.

4.      On May 7, 2021, I sent a further cease and desist email to Mr. Koster and Mr. Tooker.  A true and correct copy of my May 7, 2021 email is attached hereto as **Exhibit C**.

5.      I understand that Defendant Koster alleges that I sent "DMCA copyright take down notices" in April 27, 2023.  I assume the reference to "2023" is a typo and that Defendant Koster intended to refer to DMCA notices I sent in 2021.  I did send DMCA takedown notices regarding the film at issue in this action in 2021, but have not sent any such DMCA takedown notices since 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this _6_ day of July 2023 in _San Mateo_, California.

_____
Minh Nguyen

2