# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 8:22-cv-02130 JWH (DFMx) | Date: | October 25, 2023 |
|---|---|---|---|
| Title | The Next Vietnam Projects Foundation, Inc., et al. v. Koster Films, LLC., et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | CS 10/25/23 |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Jacob Poorman | Fred Koster, Pro Se |

**Proceedings:** Settlement Conference

Pursuant to Local Rule 16-14, the parties met this date for a mandatory settlement conference. The parties were unable to reach an agreement. The Court sets a further Settlement Conference for November 9, 2023, at 9:30 am by zoom.

cc: Judge Holcomb

4 : 00

Initials of Clerk   nb