# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 8:22-cv-02130 JWH (DFMx) | Date: | November 9, 2023 |
|---|---|---|---|
| Title | The Next Vietnam Projects Foundation, Inc., et al. v. Koster Films, LLC., et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | n/a |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Jacob Poorman | Fred Koster, Pro Se |

**Proceedings:** Settlement Conference – by Zoom

The parties met this date for a further settlement conference. The parties were unable to reach an agreement. The parties are encouraged to continue their settlement discussions. Should there be a need for additional court assistance, the parties may contact the Courtroom Deputy Clerk to schedule a further settlement conference.

cc: Judge Holcomb

                                                                                                                                                                5 : 00

Initials of Clerk   nb