| | |
|---|---|
| 1 | Jacob K. Poorman (Bar No. 262261) |
| 2 | E-mail: jacob.poorman@procopio.com<br>PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
| 3 | 12544 High Bluff Drive, Suite 400<br>San Diego, CA 92130 |
| 4 | Telephone: 619.238.1900<br>Facsimile: 619.235.0398 |
| 5 | |
| 6 | Jack Shaw (Bar No. 309382)<br>E-mail: jack.shaw@procopio.com |
| 7 | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
| 8 | 3000 El Camino Real, Suite 5-400<br>Palo Alto, CA 94306 |
| 9 | Telephone: 650.645.9019<br>Facsimile: 650.687.8326 |
| 10 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE NEXT VIETNAM PROJECTS FOUNDATION, INC.; RADIX FOUNDATION A/K/A VIETNAM VETERANS FOR FACTUAL HISTORY; SAIGON BROADCASTING TELEVISION NETWORK, INC.; MY VAN INTERNATIONAL, INC.; NAM PHAM; CARINA OANH HOANG; DIEP PHAN; TRONG PHAN; SON NGUYEN; THANH PHUONG LE and MINH NGUYEN,<br><br>          Plaintiffs,<br><br>v.<br><br>KOSTER FILMS, LLC and FREDERICK KOSTER<br><br>          Defendants. | Case No. 8:22-cv-02130-JWH-DFM<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SUBSTITUTE COUNSEL FOR THE PLAINTIFFS**<br><br>Date:   April 19, 2024<br>Time:   9:00 AM<br>Room:  9D<br><br>District Judge:   Hon. John W. Holcomb<br>Mag. Judge:   Hon. Douglas F. McCormick |
| FREDERICK KOSTER, an individual,<br><br>          Counterclaimant,<br><br>v.<br><br>NEXT VIETNAM PROJECTS FOUNDATION, INC., ET AL.,<br><br>          Counter-Defendants. | |

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Introduction

Counsel for Procopio, Cory, Hargreaves & Savitch LLP ("Procopio") respectfully brings this motion to substitute Kasowitz Benson Torres LLP ("Kasowitz") as counsel as counsel for all plaintiffs (collectively, "Plaintiffs") and to withdraw from their representation of Plaintiffs (the "Motion"). Plaintiffs have selected Kasowitz to represent them in this matter going forward and Kasowitz has already appeared in this matter. Procopio also provided written notice to Plaintiffs of the substitution and Procopio's withdrawal, and none of Plaintiffs opposes substitution of counsel or Procopio's withdrawal. Procopio accordingly respectfully requests that this Court substitute in Kasowitz as counsel of record for Plaintiffs, and grant leave to Procopio to withdraw from their representation of Plaintiffs.

## II. Argument

Plaintiffs have informed Procopio that they wish for Kasowitz to represent them in this matter going forward, which Procopio has confirmed in writing. (Declaration of Jacob Kevin Poorman ["Poorman Decl."] at ¶ 2.) Procopio is amenable to this substitution and Kasowitz has already appeared. (*Id.* at ¶ 2; Dkt. No. 106.) Procopio met and conferred with Frederick Koster on behalf of Defendants regarding this Motion, pursuant to Local Civil Rule 7-3, and Mr. Koster has not indicated that he opposes the Motion. (Poorman Decl. at ¶ 3.) Substituting Kasowitz in as counsel for Plaintiffs in this matter, and granting Procopio leave to withdraw from its representation of Plaintiffs, is therefore appropriate.

## III. Conclusion

For the foregoing reasons, Procopio respectfully requests that the Court issue an order substituting in Kasowitz as counsel of record for Plaintiffs in this action and granting Procopio leave to withdraw from its representation of Plaintiffs.
2

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO SUBSTITUTE COUNSEL
CASE NO. 8:22-CV-02130-JWH-DFM

| | |
|---|---|
| DATED: March 15, 2024 | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
| | By: /s/ Jacob Poorman |
| | Jacob K. Poorman |
| | Jack Shaw |
| | *Attorneys for Plaintiffs* |